# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159451(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

COLLEEN BODNAR, GREG BOZIMOWSKI,
CAROL BURKE, GLENDA CALVIN, KEVIN
CARDWELL, LESLIE CARDWELL, ANDREA
CHELOTTI, JANA CHRUMKA, JOHN
CIROCCO, CECILIA DURONIO, SHARON
ESGUERRA, MARIANNA FLATT, MARIA
GAMBLE, CHERYL ROBB-GENEVICH, KIM
GLANDA, BECCA GRAHAM, MARY
MARGARET GULOWSKI, ANGELIQUE
GWIN, CHRISTYNE ISON, STEVE KISH,
HEATHER KWIATKOWSKI, ROBERT LOSEY,
KATHLEEN MCNELIS, JESSICA MAST, GREG
O'DELL, OSCAR ONG, CHRISTINA POTKAY,
KIMBERLY RAFFLER, BRUCE REED, NANCY
RICHARDS, KSENIA SCEKIC, SARAH SIMS,
CINDY THORNE, KELLY TRETHEWEY,
YOLANDA WILKINS, MARIE WILLIAMS,
SHEILA WILLIAMSON, KENNETH ANDREW
WILLARD, and RUTHANNE WIRTH,
        Plaintiffs-Appellants,

v

ST. JOHN PROVIDENCE, INC., and
ASCENSION HEALTH,
        Defendants-Appellees.

_____/

SC: 159451
COA: 337615
Oakland CC: 2016-152330-CB

        On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 11, 2019.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019